FILED
 2009 Jun-02  PM 02:08
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| WILLIAM McCLOUD, | ) |
| Plaintiff, | ) |
| vs. | ) 4:09-cv-0314-IPJ |
| SGT. JOHN A. MASON, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 8, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

**DATED**, this 2nd day of June, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE